

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| Elia Pettit, formerly known as Elia Rich, | § | No. 08-14-00241-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th Judicial District Court |
| Barbara Maxwell, formerly known as Barbara Pettit, | § | of El Paso County, Texas |
|  | § | (TC# 2011-DCV05317) |
| Appellee. | § |  |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 21, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 21, 2015.

IT IS SO ORDERED this 27th day of January, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.